**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| DESIR STIVENSEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-2366 (UNA) |
| | ) | |
| NEW YORK STATE D.O.C.C.S., | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## <u>MEMORANDUM OPINION</u>

This matter is before the Court on Desir Stivenson's application to proceed *in forma pauperis* (ECF No. 2) and *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1). The Court grants the application and, for the reasons discussed below, dismisses the petition.

Stivenson has petitioned for a writ of habeas corpus. Although his petition seems substantially incomplete, it does indicate that he was convicted and sentenced by a New York court and is currently imprisoned in New York. Thus, Stivenson must petition for habeas relief to a New York federal court. *See Rumsfeld v. Padilla*, 542 U.S. 426, 442-43 (2004). Because this district court is in the District of Columbia, it lacks jurisdiction over the petition.

A separate order of dismissal accompanies this Memorandum Opinion.

DATE: March 17, 2024

_____
CARL J. NICHOLS
United States District Judge